

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2024

Emily Reisbaum
ereisbaum@cgr-
Direct: 212.63

June 13, 2024

**By ECF**

Hon. Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Gravitas Search Partners LLC v. Jennifer A. Deutsch, et. al.,* 24-cv-2683

Dear Judge Garnett:

We represent Defendants Jennifer A. Deutsch and Premium Partners LLC in the above-referenced matter. In accordance with Your Honor's decision at docket 19, we write respectfully to request leave to file (1) a redacted Memorandum of Law in Support of Ms. Deutsch and Premium Partners LLC's Motion to Dismiss the Amended Complaint; and (2) one Exhibit attached to my Declaration (No. 3) under seal.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Emily Reisbaum

Emily Reisbaum

---

Application GRANTED. In accordance with this Court's April 24, 2024 Order (Dkt. No. 19), Defendants Deutsch and Premium Partners LLC properly filed a redacted Memorandum of Law in support of their Motion to Dismiss (Dkt. No. 58) and filed Exhibit No. 3 to Ms. Reisbaum's Declaration, referred to as the "WTW File," Dkt. No. 59 at ¶ 4, under seal (Dkt. No. 57).

The Clerk of Court is respectfully directed to terminate Dkt. No. 54.

SO ORDERED. Dated June 17, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE